IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC and CV Investments LLC** : : : : : : : Plaintiff, : : v. : : : **JORDAN DENISE a/k/a DENISE JORDAN, ENTERCORE, INC. and ORANGE SPLENDOR, INC.,** : : : : : Defendants. : | Civil Action<br><br>No. 2:22-cv-00388<br><br>REQUEST FOR ENTRY OF DEFAULT |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

**TO THE CLERK:**

In accordance with Federal Rule of Civil Procedure 55(a), Plaintiff Kevin Dooley Kent, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC and CV Investments LLC ("Receiver" or "Plaintiff"), hereby requests that the Clerk of Court enter default in this matter against Defendants Entercore, Inc., and Orange Splendor, Inc. on the ground that the aforementioned have failed to appear, plead, or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. In support of this request, Plaintiff relies upon the record in this case and the attached Declaration of Robin S. Weiss, Esq.

2

                                                Respectfully Submitted,

Dated: October 11, 2022                *s/ Robin S. Weiss*
                                                Robin S. Weiss, Esq.
                                                Vanessa L. Huber, Esq.
                                                Conrad O'Brien PC
                                                1500 Market Street, Suite 3900
                                                Centre Square, West Tower
                                                Philadelphia, PA 19102
                                                rweiss@conradobrien.com
                                                vhuber@conradobrien.com
                                                *Attorneys for Plaintiff, Kevin Dooley Kent, Receiver*