IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC, CV International Investments Limited and CV Investments LLC,** :<br><br>**Plaintiff,** :<br><br>v. :<br><br>**JORDAN DENISE a/k/a DENISE JORDAN, ENTERCORE, INC. and ORANGE SPLENDOR, INC.,** :<br><br>**Defendants.** : | Civil Action<br><br>No. 2:22-cv-00388 |

## DECLARATION OF ROBIN S. WEISS IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT

I, Robin S. Weiss, Esq., hereby declare as follows:

1. I am an attorney at law licensed to practice before the State of New Jersey and this United States District Court. I am attorney in the law firm of Conrad O'Brien PC, counsel for Plaintiff Kevin Dooley Kent, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC and CV Investments LLC ("Receiver" or "Plaintiff").

2. On January 26, 2022, Plaintiff filed a Complaint against Defendants Jordan Denise, Entercore, Inc., and Orange Splendor, Inc. (ECF No. 1), pursuant to

a June 29, 2020 Order (the "Receivership Order") issued by the Honorable Madeline Cox Arleo, United States District Judge for the District of New Jersey, in the underlying action brought by the Securities and Exchange Commission against Brenda Smith, Broad Reach Capital, LP, Broad Reach Partners, LLC, and Bristol Advisors, LLC (collectively, the "Smith Defendants"), captioned *Securities and Exchange Commission v. Brenda Smith, et al.,* Civil Action No. 2:19-cv-17213 (MCA) (D.N.J.). Plaintiff filed the Complaint in this action to recover and avoid the fraudulent transfer(s) of Receivership Assets made by certain of the Receivership Parties to and/or on behalf of Defendants, and also asserted claims for unjust enrichment and demand for accounting against all Defendants.

3. On March 25, 2022, Plaintiff served a copy of the Complaint and Summons on Defendant Jordan Denise, as well as corporate Defendants Entercore, Inc., and Orange Splendor, Inc., through their officer, Jordan Denise, at her dwelling house or usual place of abode, as evidenced by the Returns of Service filed with the Court on March 29, 2022 at ECF Nos. 3-5, respectively. A copy of the executed Return of Service for Jordan Denise is attached hereto as Exhibit "A". A copy of the executed Return of Service for Entercore, Inc. is attached hereto as

Exhibit "B". A copy of the executed Return of Service for Orange Splendor, Inc. is attached hereto as Exhibit "C".[1]

4. On April 18, 2022, Plaintiff filed a letter request agreeing to extend the time for **all** Defendants to respond to the Complaint, based upon an agreement with Defendant Jordan Denise's local counsel. (ECF No. 6).

5. On April 19, 2022, the Court entered an Order granting the extension request and giving all Defendants until May 18, 2022 to respond to the Complaint. (ECF No. 7). A copy of the Court's Order is attached hereto as Exhibit "F".

6. On May 24, 2022, Defendant Jordan Denise filed an Answer[2] to the Complaint on her own behalf. (ECF No. 8). No response was filed on behalf of Defendants Entercore, Inc. and Orange Splendor, Inc.

7. To date, Defendants Entercore, Inc. and Orange Splendor, Inc. have failed to get an additional extension and have failed to appear, answer, plead, or otherwise defend against the Complaint.

---

[1] The Receiver also sent courtesy copies of the summonses and Complaint, along with the executed returns of service, to Entercore, Inc. and Orange Splendor, Inc., by e-mail and first class mail to Defendant Jordan Denise, in her capacity as officer for these entities, on July 6, 2022. A copy of the cover letter (without enclosures) and USPS tracking information for this mailing are attached hereto as Exhibit "D". The copies of the summonses and Complaint were delivered to Jordan Denise, as officer for Entercore, Inc. and Orange Splendor, Inc., on July 8, 2022 by first class mail. A copy of the USPS tracking confirmation of delivery is attached hereto as Exhibit "E".

[2] The Answer is dated May 18, 2022 and was mailed to the Clerk of Court for filing on May 18, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 11, 2022        */s/ Robin S. Weiss*
                               Robin S. Weiss, Esq.