# EXHIBIT "C"

# UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**KEVIN DOOLEY KENT,**
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

**JORDAN DENISE, ET AL.,**
*Defendant*

CASE NUMBER: **2:22−CV−00388−MCA−ESK**

TO: *(Name and address of Defendant):*

Orange Splendor, Inc.
c/o Jordan Denise
30707 Peggy Way
Cathedral City, CA 92234-5845

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −− or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) −− you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff`s attorney, whose name and address are:

Conrad O'Brien PC
Robin S. Weiss, Esq.
1500 Market Street, Centre Square, West Tower
Suite 3900
Philadelphia, PA 19102-2100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**s/ WILLIAM T. WALSH**
CLERK



**ISSUED ON 2022−01−28 16:36:03**, Clerk
USDC NJD

**RETURN OF SERVICE**

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/25/2022 |
| NAME OF SERVER (PRINT) Daniel Rolfe | TITLE Process Server-County of Riverside-#1936 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify) : I delivered a copy of the summons and complaint to Jordan Denise, an officer of the defendant, by leaving a copy at her dwelling house or usual place of abode with a person of suitable age and discretion then residing therein
John Doe – refused name – member of household – Male-Black-5'9-200lbs-Brown Hair-Brown eyes-55 years.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3/28/2022
                    Date                    Signature of Server

14080 Palm Drive, Suite D414, Desert Hot Springs, CA 92240
*Address of Server*