# EXHIBIT "D"

$ 08.450
7/6/2022
ComBasPrice - IMI

P

US POSTAGE
Mailed From 19102
034A 0081801665

## USPS PRIORITY MAIL ®

ROBIN S. WEISS
CONRAD O'BRIEN PC
1500 MARKET ST
STE 3900W
PHILADELPHIA PA 19102-2112

1 lb 0.0 oz

SHIP TO:

**JORDAN DENISE**

**30707 PEGGY WAY**

**CATHEDRAL CTY CA 92234-5845**

### USPS TRACKING #



9405 5209 0305 1444 0009 60



Robin S. Weiss
*Attorney at Law*
Direct Dial: 215.864.8086
Direct Fax: 215.523.9714

July 6, 2022

**<u>VIA FIRST CLASS AND ELECTRONIC MAIL</u>**

Jordan Denise
c/o Joseph A. Scalia II, Esq.
Senior Counsel LLC
3355 S. Highland Drive
Las Vegas, NV 89101
joe@josephscalia.com

Jordan Denise
30707 Peggy Way
Cathedral City, CA 92243-5845

RE: *Kent v. Denise, et al.*, No. 2:22-cv-00388 (MCA) (ESK)

Dear Ms. Denise:

Enclosed, please find a copy of the Receiver's Proposed Discovery Plan, which was filed today in the above-referenced matter.

Additionally, in your capacity as an officer for Entercore, Inc. and Orange Splendor, Inc., I am again enclosing the summonses for these defendants with the Complaint, along with the returns of service for these Defendants.

Thank you for your attention to this matter.

Sincerely yours,

Robin S. Weiss, Esq.

Encs.
cc. Vanessa L. Huber, Esq.