# EXHIBIT "E"

# USPS Tracking®

FAQs >

**Tracking Number:**

## 9405520903051444000960

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

### Latest Update

Your item was delivered in or at the mailbox at 2:20 pm on July 8, 2022 in CATHEDRAL CITY, CA 92234.

### Delivered
**Delivered, In/At Mailbox**

CATHEDRAL CITY, CA 92234
July 8, 2022, 2:20 pm

See All Tracking History

Feedback

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback