# EXHIBIT "F"



# ORDER

Robin S. Weiss
*Attorney at Law*
Direct Dial: 215.864.8086
Direct Fax: 215.523.9714
rweiss@conradobrien.com

April 18, 2022

**VIA ELECTRONIC FILING**
The Honorable Edward S. Kiel
United States Magistrate Judge
United States District Court for the District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse Building
2 Federal Square
Newark, NJ 07102

RE: *Kent v. Jordan Denise, et al.*, No. 2:22-cv-00388

Dear Judge Kiel:

On behalf of Plaintiff, Kevin Dooley Kent, in his capacity as Receiver, I am writing to advise the Court that we have reached an agreement with Jordan Denise, through her local counsel, that all Defendants may have a thirty (30) day extension of time to file an Answer to the Complaint, which would make the Answer now due on May 18, 2022. The Court's consideration of this agreed-upon extension is respectfully requested.

Respectfully Submitted,

Robin S. Weiss

**So Ordered.**

    */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.M.J.**
**Date: April 19, 2022**

Centre Square West Tower | 1500 Market Street, Suite 3900 | Philadelphia, PA 19102-2100
Tel: 215.864.9600 | Fax: 215.864.9620 | www.conradobrien.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT, in his capacity As Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC and CV Investments LLC,** : : : : : : : **Plaintiff** : : **v.** : : **JORDAN DENISE a/k/a DENISE** : **JORDAN, ENTERCORE, INC. and** : **ORANGE SPLENDOR, INC.** : : **Defendants.** : | Civil Action<br><br>No. 2:22-cv-00388<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify, this 18th day of April, 2022 that I caused to be served a true and correct copy of the Letter to the Court Regarding Extension of Time for Defendants to Respond to the Complaint upon Defendant, Jordan Denise, on behalf of all defendants, through counsel, via first class and electronic mail, as follows:

> Jordan Denise
> c/o Joseph A. Scalia II, Esq.
> Senior Counsel LLC
> 3355 S. Highland Drive
> Las Vegas, NV 89109
> joe@josephscalia.com

> *s/ Robin S. Weiss*
> Robin S. Weiss, Esq.
> *Attorney for Receiver, Kevin Dooley Kent, Esq.*