IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT**, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC, CV International Investments Limited and CV Investments LLC, <br><br>  **Plaintiff,** <br><br>  v. <br><br> **JORDAN DENISE a/k/a DENISE JORDAN, ENTERCORE, INC.** and **ORANGE SPLENDOR, INC.,** <br><br>  **Defendants.** | Civil Action <br><br> No. 2:22-cv-00388 |

## DEFAULT BY CLERK

It appearing from the record in this action that the Complaint has been served upon Defendants Entercore, Inc., and Orange Splendor, Inc., and further appearing from the declaration of counsel for Plaintiff, as required by Federal Rule of Civil Procedure 55(a), that the aforementioned defendants have failed to plead or otherwise defend this action.

**NOW, THEREFORE,** on Plaintiff's request, the **DEFAULT** of Defendants Entercore, Inc. and Orange Splendor, Inc. is hereby **ENTERED**.

**BY THE CLERK:**

_____