# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC, CV International Investments Limited and CV Investments LLC,** :<br><br>**Plaintiff,** :<br>:<br>**v.** :<br>:<br>**JORDAN DENISE a/k/a DENISE JORDAN, ENTERCORE, INC. and ORANGE SPLENDOR, INC.,** :<br>:<br>**Defendants.** : | Civil Action<br><br>No. 2:22-cv-00388<br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on the date set forth below, in accordance with Fed. R. Civ. P. 5, I caused a true and correct copy of the Request for Entry of Default and supporting documentation to be served upon the following via electronic and first-class mail:

Jordan Denise
30707 Peggy Way
Cathedral City, CA 92243-5845
jordandenise@entercoreinc.com

AND

Jordan Denise
c/o Joseph Scalia II, Esq.
3355 S. Highland Ave., Suite 111
Las Vegas, NV 89109
joe@josephscalia.com

AND

Jordan Denise
c/o Joseph Scalia
1625 E. County Line Road, Suite 200
Jackson, MS 39211

AND

Entercore, Inc.
c/o Jordan Denise
30707 Peggy Way
Cathedral City, CA 92243-5845

AND

Orange Splendor, Inc.
c/o Jordan Denise
30707 Peggy Way
Cathedral City, CA 92243-5845

Dated: October 11, 2022                *s/ Robin S. Weiss*
                                       Robin S. Weiss, Esq.
                                       *Counsel for Plaintiff/Receiver*