# Exhibit A



Robin S. Weiss
*Attorney at Law*
Direct Dial: 215.864.8086
Direct Fax: 215.523.9714
rweiss@conradobrien.com

September 22, 2022

**VIA U.S. MAIL & E-MAIL**
Jordan Denise
30707 Peggy Way
Cathedral City, CA 92243-5845
jordan.denise@entercoreinc.com

AND

c/o Joseph A. Scalia II, Esq.
Senior Counsel LLC
3355 S. Highland Ave., Suite 111
Las Vegas, NV 89109
joe@josephscalia.com

AND

c/o Joseph Scalia
1625 E County Line Road Suite 200
Jackson, MS 39211

           **RE:**    *Kent v. Denise et al.*, **No. 22-cv-00388**

Dear Ms. Denise:

    As you know, I represent the Plaintiff/Receiver, Kevin Dooley Kent, in the above-referenced matter. I write to address your failure to participate in discovery and this case.

    After filing an Answer to the Complaint, you have not participated in this case in any way. Specifically, you failed to 1) participate in the preparation of a Joint Discovery Plan, 2) attend the Court's initial scheduling conference, 3) provide initial discovery disclosures by the July 25, 2022 deadline imposed by the Court, 4) serve written discovery requests by the August 1, 2022 deadline imposed by the Court, and 5) respond to the Receiver's Document Requests and Interrogatories served upon you on August 1, 2022.

    Please provide your delinquent written discovery responses and initial disclosures by no later than Friday, October 7, 2022. If you are unable or unwilling to provide these materials by that date, please set forth your position, in writing, as to why you are not participating in

Page 2                                                                 **CONRAD O'BRIEN PC**
September 22, 2022

discovery or this case, so we can bring this matter to the attention of the Court in advance of the Court's October 20, 2022 deadline for raising disputes relating to written discovery requests.

    Additionally, please be advised that if you fail to respond to or address the deficiencies raised in this letter, the Receiver is prepared to seek appropriate sanctions, including moving for the entry of a default judgment against you.

    Thank you for your prompt attention to this matter.

Kind Regards,

*s/ Robin S. Weiss*

Robin S. Weiss

cc:    Vanessa L. Huber, Esq.