UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT**, in his capacity as Receiver for Broad Reach Capital, LP, *et al.* | :<br>:<br>: Civil Action No. 2:22-cv-00388-MCA-ESK<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| **JORDAN DENISE**, *et al.* | :<br>: |
| Defendants. | : |

**ORDER APPROVING RECEIVER KEVIN DOOLEY KENT'S REVISED UNOPPOSED MOTION TO SEAL UNREDACTED JOINT LETTER (ECF NO. 56) AND SUPPORTING EXHIBITS D-N (ECF NOS. 56-4–56-14)**

**THIS MATTER** having come before this Court upon the filing of the parties' unredacted Joint Letter and Exhibits (ECF No. 56) which have been filed under temporary seal, the public filing of a redacted copy of the Joint Letter with Exhibits A-C, and the filing of the Revised Unopposed Motion of the Receiver, Kevin Dooley Kent, to Seal the unredacted Joint Letter and Exhibits D-N;

And this Court having found that the sealing of the unredacted Joint Letter and Exhibits D-N is warranted given the nature of the information discussed at length therein; the likelihood that public disclosure of the information will run counter to the considerations of filing sensitive material as set forth in Local Civil Rule 5.2; the parties' agreement to specifically file the unredacted Joint Letter and Exhibits D-N under seal; the unavailability of less restrictive alternative means for

the relief sought; and that Defendant does not object to the sealing of the unredacted Joint Letter and Exhibits D-N;

It is on this **28th** day of **September**, 2023,

**ORDERED** that the Receiver's Revised Motion to Seal the unredacted Joint Letter and Exhibits D-N (**ECF No. 59**) is **GRANTED;** and it is

**FURTHER ORDERED** that the unredacted Joint Letter and accompanying Exhibits D-N, which have been temporarily filed under seal at ECF No. 56 and ECF Nos. 56-4–56-14, respectively, shall remain permanently sealed; and it is

**FURTHER NOTED** that the redacted version of the Joint Letter and Exhibits has been filed under ECF No. 60; and it is

**FURTHER ORDERED** that **ECF No. 57** is **ADMINISTRATIVELY TERMINATED** as moot.

BY THE COURT:

*/s/ Edward S. Kiel*

**EDWARD S. KIEL, U.S.M.J.**