# Exhibit F

Page 1

1            IN THE UNITED STATES DISTRICT COURT
2              FOR THE DISTRICT OF NEW JERSEY
3                       ---oOo---
4    KEVIN DOOLEY KENT, IN HIS
     CAPACITY AS RECEIVER FOR
5    BROAD REACH CAPITAL, LP,
     BROAD REACH PARTNERS, LLC,
6    BRISTOL ADVISORS, LLC,
     INVESTMENT CONSULTING LLC,
7    CV INTERNATIONAL INVESTMENTS
     LIMITED AND CV INVESTMENTS
8    LLC,
9                Plaintiff(s),
10        v.                        No. 2:22-cv-00388
11   JORDAN DENISE a/k/a DENISE
     JORDAN, ENTERCORE, INC. AND
12   ORANGE SPLENDOR, INC.,
13              Defendant(s).
     _____/
14
15            STATEMENT OF NON-APPEARANCE OF
16                    JORDAN DENISE
17
                 FRIDAY, NOVEMBER 17, 2023
18
19
20
21
22
23   Reported by:
     KAREN A. URBANO, CSR License No. 6698
24   Registered Professional Reporter
     Job No:  6280909
25

Page 2

1                         A P P E A R A N C E S

2

3   For the Plaintiff:

4           CLARK HILL

5           BY:  VANESSA L. HUBER, ESQ.

6           2001 Market Street, Suite 2620

7           Philadelphia, PA 19103

8           215.640.8500

9           vhuber@clarkhill.com

10

11  For the Defendants:

12          MASCHOFF BRENNAN

13          BY:  QUINCY CHUCK, ESQ.

14          100 Spectrum Center Drive, Suite 1200

15          Irvine, CA  92618

16          949.202.1900

17          qchuck@mabr.com

18

19

20

21

22

23

24

25

Page 3

1                        INDEX OF STATEMENTS

2    STATEMENT                                              PAGE

3       By Ms. Huber                                    5, 9

4       By Mr. Chuck                                        7

5

6

7

8

9                         INDEX OF EXHIBITS

10                  STATEMENT OF NON-APPEARANCE

11                      Of JORDAN DENISE

12                   FRIDAY, NOVEMBER 17, 2023

13   EXHIBIT                                              PAGE

14   Exhibit 1  Text Order                                  5

15   Exhibit 2  Revised Notice of Deposition                6

16   Exhibit 3  Revised Notice of Deposition                6

17

18                         ---o0o---

19

20

21

22

23

24

25

Page 4

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF NEW JERSEY
 3                          ---oOo---
 4
 5   KEVIN DOOLEY KENT, IN HIS
     CAPACITY AS RECEIVER FOR
 6   BROAD REACH CAPITAL, LP,
     BROAD REACH PARTNERS, LLC,
 7   BRISTOL ADVISORS, LLC,
     INVESTMENT CONSULTING LLC,
 8   CV INTERNATIONAL INVESTMENTS
     LIMITED AND CV INVESTMENTS
 9   LLC,
10               Plaintiff(s),
11       v.                         No. 2:22-cv-00388
12   JORDAN DENISE a/k/a DENIS
     JORDAN, ENTERCORE, INC. AND
13   ORANGE SPLENDOR, INC.,
14               Defendant(s).
     _____/
15
16        BE IT REMEMBERED that on FRIDAY, NOVEMBER 17,
17   2023, commencing at the hour of 8:01 a.m., Pacific
18   Standard Time, at Irvine, California, remotely before
19   me through Veritext Virtual Zoom, KAREN A. URBANO, a
20   Certified Shorthand Reporter, License No. 6698, the
21   following proceedings were held as follows.
22                          ---oOo---
23   ///
24   ///
25   ///
```

Page 5

1                    STATEMENT BY MS. HUBER

2           MS. HUBER:  My name is Vanessa Huber, and I

3    represent the plaintiff in this matter Kevin Dooley

4    Kent.

5           This is the scheduled deposition of defendant

6    Jordan Denise.  This is the fourth deposition date

7    we've scheduled for Ms. Denise.

8           The previous scheduled dates for Ms. Denise's

9    depositions were July 7th, August 2nd and August 31st.

10          On September 21, 2023, in response to a

11   discovery dispute letter submitted by the parties

12   regarding the deposition of Ms. Jordan Denise, the

13   Honorable Edward S. Kiel issued a Text Order at ECF

14   Number 58 stating that Jordan Denise must be made

15   available and appear for a deposition by

16   November 20th, 2023, and that no further extensions to

17   appear would be granted.

18          I am marking a copy of that Text Order as

19   Exhibit 1.

20              (Exhibit 1 was marked.)

21          MS. HUBER:  Following that Text Order,

22   counsel for plaintiff rescheduled the deposition for

23   Thursday, November 16th, 2023, and sent a notice of

24   the deposition to all counsel on October 24th, 2023.

25          I am marking a copy of that Revised Notice of

                                                    Page 6

1    Deposition as Exhibit 2.

2                  (Exhibit 2 was marked.)

3              MS. HUBER:  On November 9th, 2023, counsel

4    for Ms. Denise notified me that they were having

5    difficulty reaching their client following some

6    reported medical issues, which have been an ongoing

7    source of dispute in this matter, but that they had

8    previously informed her of the deposition date and

9    time.

10             In the interest of giving defense counsel

11   more time and opportunity to reach their client, and

12   with the agreement of Ms. Denise's counsel, we agreed

13   to reschedule the deposition to today, November 17th,

14   2023, at 11:00 a.m. Eastern Standard Time, 8:00 a.m.

15   Pacific Standard Time.

16             We issued our Revised Notice of Deposition on

17   November 15th, 2023, and served it on all counsel.

18             I am marking a copy of that Revised Notice of

19   Deposition as Exhibit 3.

20                  (Exhibit 3 was marked.)

21             MS. HUBER:  Given that it is 11:03 a.m. and

22   Ms. Denise's counsel has indicated that she will not

23   be appearing in today's deposition and given that

24   Ms. Denise has not responded to her counsel regarding

25   her appearance today, we are going to conclude the

Page 7

1    deposition unless counsel for Ms. Denise wishes to put
2    a statement on the record.
3            And, lastly, we do note that we reserve all
4    rights resulting from Ms. Denise's failure to appear
5    today and failure to adhere to the Court's September,
6    21st, 2023 Text Order.
7                    STATEMENT BY MR. CHUCK
8            MR. CHUCK:  Good morning.  This is Quincy
9    Chuck, counsel for Jordan Denise.
10           Just for the record, I just wanted to state a
11   few additional facts.  Namely, that while Ms. Huber is
12   correct that Jordan Denise had a few prior depositions
13   that were scheduled, she wasn't able to attend due to
14   an ongoing, pre-existing medical condition.
15           And those medical conditions were documented
16   numerous times with doctor's notes and other evidence,
17   voluminous records that were submitted to Court and to
18   opposing counsel.
19           And as to this current deposition date, we
20   want to note that we forewarned Receiver's counsel on
21   November 9th, 2023, that since that deposition date
22   was set, despite numerous, almost daily, attempts by
23   multiple means, counsel had been unable to attain
24   communication with Ms. Denise until on or around
25   October 2023, we received a text message from her

Page 8

1  informing us that her pre-existing medical condition

2  had worsened sending her to the emergency room.

3          And followup text on October 26 informing us

4  that she was informed by her doctor that her condition

5  may require emergency surgery, and she was having

6  difficulty talking and breathing.

7          Again, Ms. Denise's medical condition

8  rendering her incapable of attending this deposition

9  had been fully disclosed and timely disclosed to

10 opposing counsel along with medical records

11 demonstrating these effects.

12         And we also informed Receiver's counsel ahead

13 of time on November 9th, 2023, and repeatedly again

14 this week that she would be unable to attend and

15 requested repeatedly that the deposition today be

16 cancelled to not unnecessarily increase both sides'

17 costs and expenses.

18         We also did so well in advance of the time

19 needed to cancel the deposition without incurring any

20 court reporter fees.  We also offered to provide

21 stipulations or any other assurances needed to inform

22 the Court that cancelling the deposition would not be

23 a voluntarily act on the part of the Receiver and

24 would be due solely to Ms. Denise's inability to

25 attend and without prejudice, so any rights or

Page 9

1   remedies of the Receiver.  Thank you.

2              FURTHER STATEMENT BY MS. HUBER

3          MS. HUBER:  And I would just like to note one

4   additional fact in response to Mr. Chuck's statement.

5   In regard to conducting this deposition today to note

6   Ms. Denise's absence, the Receiver specified that

7   noting this absence today on the record was due in

8   large part to the fact that Judge Kiel's

9   September 21st, 2021 -- or 2023 Text Order stated that

10  he would be granting no further extensions to

11  Ms. Denise to appear for a deposition.

12          In light of that Text Order stating that no

13  further extensions would be granted, we reserve the

14  right to note her absence today at this deposition.

15  And I have nothing further at this point.

16          MR. CHUCK:  Nothing further for me either.

17  Thank you.

18          MS. HUBER:  We can go off the record.

19          THE COURT REPORTER:  Did you want that

20  transcribed?

21          MS. HUBER:  Yes.

22              (Whereupon the statement was

23              concluded at 8:08 a.m., PST)

24                     ---o0o---

25

Page 10

1                    REPORTER'S CERTIFICATE

2

3           I certify that the foregoing proceedings in

4    the within-entitled cause were reported at the time

5    and place therein named; that said proceedings were

6    reported by me, a duly Certified Shorthand Reporter

7    of the State of California, and were thereafter

8    transcribed into typewriting.

9           I further certify that I am not of counsel

10   or attorney for either or any of the parties to said

11   cause of action, nor in any way interested in the

12   outcome of the cause named in said cause of action.

13          IN WITNESS WHEREOF, I have hereunto set my

14   hand this 17th day of November, 2023.

15

16

                 _____

17               KAREN A. URBANO

                 California CSR No. 6698

18

19

20

21

22

23

24

25

[00388 - condition]                                                    Page 1

**0**

**00388**   1:10
  4:11

**1**

**1**   3:14 5:19,20
**100**   2:14
**11:00**   6:14
**11:03**   6:21
**1200**   2:14
**15th**   6:17
**16th**   5:23
**17**   1:17 3:12
  4:16
**17th**   6:13 10:14
**19103**   2:7

**2**

**2**   3:15 6:1,2
**2001**   2:6
**2021**   9:9
**2023**   1:17 3:12
  4:17 5:10,16
  5:23,24 6:3,14
  6:17 7:6,21,25
  8:13 9:9 10:14
**20th**   5:16
**21**   5:10
**21330**   10:16
**215.640.8500**
  2:8
**21st**   7:6 9:9
**24th**   5:24
**26**   8:3
**2620**   2:6

**2:22**   1:10 4:11
**2nd**   5:9

**3**

**3**   3:16 6:19,20
**31st**   5:9

**5**

**5**   3:3,14
**58**   5:14

**6**

**6**   3:15,16
**6280909**   1:24
**6698**   1:23 4:20
  10:17

**7**

**7**   3:4
**7th**   5:9

**8**

**8:00**   6:14
**8:01**   4:17
**8:08**   9:23

**9**

**9**   3:3
**92618**   2:15
**949.202.1900**
  2:16
**9th**   6:3 7:21
  8:13

**a**

**a.m.**   4:17 6:14
  6:14,21 9:23
**able**   7:13

**absence**   9:6,7
  9:14
**act**   8:23
**action**   10:11,12
**additional**   7:11
  9:4
**adhere**   7:5
**advance**   8:18
**advisors**   1:6
  4:7
**agreed**   6:12
**agreement**   6:12
**ahead**   8:12
**appear**   5:15,17
  7:4 9:11
**appearance**
  1:15 3:10 6:25
**appearances**
  2:1
**appearing**   6:23
**assurances**
  8:21
**attain**   7:23
**attempts**   7:22
**attend**   7:13
  8:14,25
**attending**   8:8
**attorney**   10:10
**august**   5:9,9
**available**   5:15

**b**

**breathing**   8:6
**brennan**   2:12
**bristol**   1:6 4:7

**broad**   1:5,5 4:6
  4:6

**c**

**ca**   2:15
**california**   4:18
  10:7,17
**cancel**   8:19
**cancelled**   8:16
**cancelling**   8:22
**capacity**   1:4
  4:5
**capital**   1:5 4:6
**cause**   10:4,11
  10:12,12
**center**   2:14
**certificate**   10:1
**certified**   4:20
  10:6
**certify**   10:3,9
**chuck**   2:13 3:4
  7:7,8,9 9:16
**chuck's**   9:4
**clark**   2:4
**clarkhill.com**
  2:9
**client**   6:5,11
**commencing**
  4:17
**communication**
  7:24
**conclude**   6:25
**concluded**   9:23
**condition**   7:14
  8:1,4,7

**conditions** 7:15
**conducting** 9:5
**consulting** 1:6
    4:7
**copy** 5:18,25
    6:18
**correct** 7:12
**costs** 8:17
**counsel** 5:22,24
    6:3,10,12,17,22
    6:24 7:1,9,18
    7:20,23 8:10
    8:12 10:9
**court** 1:1 4:1
    7:17 8:20,22
    9:19
**court's** 7:5
**csr** 1:23 10:17
**current** 7:19
**cv** 1:7,7,10 4:8
    4:8,11

**d**

**daily** 7:22
**date** 5:6 6:8
    7:19,21
**dates** 5:8
**day** 10:14
**defendant** 1:13
    4:14 5:5
**defendants**
    2:11
**defense** 6:10
**demonstrating**
    8:11

**denis** 4:12
**denise** 1:11,11
    1:16 3:11 4:12
    5:6,7,12,14 6:4
    6:24 7:1,9,12
    7:24 9:11
**denise's** 5:8
    6:12,22 7:4 8:7
    8:24 9:6
**deposition** 3:15
    3:16 5:5,6,12
    5:15,22,24 6:1
    6:8,13,16,19,23
    7:1,19,21 8:8
    8:15,19,22 9:5
    9:11,14
**depositions** 5:9
    7:12
**despite** 7:22
**difficulty** 6:5
    8:6
**disclosed** 8:9,9
**discovery** 5:11
**dispute** 5:11
    6:7
**district** 1:1,2
    4:1,2
**doctor** 8:4
**doctor's** 7:16
**documented**
    7:15
**dooley** 1:4 4:5
    5:3
**drive** 2:14

**due** 7:13 8:24
    9:7
**duly** 10:6

**e**

**eastern** 6:14
**ecf** 5:13
**edward** 5:13
**effects** 8:11
**either** 9:16
    10:10
**emergency** 8:2
    8:5
**entercore** 1:11
    4:12
**entitled** 10:4
**esq** 2:5,13
**evidence** 7:16
**exhibit** 3:13,14
    3:15,16 5:19
    5:20 6:1,2,19
    6:20
**exhibits** 3:9
**existing** 7:14
    8:1
**expenses** 8:17
**extensions** 5:16
    9:10,13

**f**

**fact** 9:4,8
**facts** 7:11
**failure** 7:4,5
**fees** 8:20
**following** 4:21
    5:21 6:5

**follows** 4:21
**followup** 8:3
**foregoing** 10:3
**forewarned**
    7:20
**fourth** 5:6
**friday** 1:17
    3:12 4:16
**fully** 8:9
**further** 5:16
    9:2,10,13,15,16
    10:9

**g**

**given** 6:21,23
**giving** 6:10
**go** 9:18
**going** 6:25
**good** 7:8
**granted** 5:17
    9:13
**granting** 9:10

**h**

**hand** 10:14
**held** 4:21
**hereunto** 10:13
**hill** 2:4
**honorable** 5:13
**hour** 4:17
**huber** 2:5 3:3
    5:1,2,2,21 6:3
    6:21 7:11 9:2,3
    9:18,21

## i

**inability**  8:24
**incapable**  8:8
**increase**  8:16
**incurring**  8:19
**index**  3:1,9
**indicated**  6:22
**inform**  8:21
**informed**  6:8
   8:4,12
**informing**  8:1,3
**interest**  6:10
**interested**
   10:11
**international**
   1:7 4:8
**investment**  1:6
   4:7
**investments**
   1:7,7 4:8,8
**irvine**  2:15 4:18
**issued**  5:13
   6:16
**issues**  6:6

## j

**jersey**  1:2 4:2
**job**  1:24
**jordan**  1:11,11
   1:16 3:11 4:12
   4:12 5:6,12,14
   7:9,12
**judge**  9:8
**july**  5:9

## k

**k**  1:11 4:12
**karen**  1:23 4:19
   10:17
**kent**  1:4 4:5 5:4
**kevin**  1:4 4:5
   5:3
**kiel**  5:13
**kiel's**  9:8

## l

**l**  2:5
**large**  9:8
**lastly**  7:3
**letter**  5:11
**license**  1:23
   4:20
**light**  9:12
**limited**  1:7 4:8
**llc**  1:5,6,6,8 4:6
   4:7,7,9
**lp**  1:5 4:6

## m

**mabr.com**  2:17
**made**  5:14
**marked**  5:20
   6:2,20
**market**  2:6
**marking**  5:18
   5:25 6:18
**maschoff**  2:12
**matter**  5:3 6:7
**means**  7:23
**medical**  6:6
   7:14,15 8:1,7

8:10
**message**  7:25
**morning**  7:8
**multiple**  7:23

## n

**name**  5:2
**named**  10:5,12
**needed**  8:19,21
**new**  1:2 4:2
**non**  1:15 3:10
**note**  7:3,20 9:3
   9:5,14
**notes**  7:16
**notice**  3:15,16
   5:23,25 6:16
   6:18
**notified**  6:4
**noting**  9:7
**november**  1:17
   3:12 4:16 5:16
   5:23 6:3,13,17
   7:21 8:13
   10:14
**number**  5:14
**numerous**  7:16
   7:22

## o

**o0o**  3:18 4:22
   9:24
**october**  5:24
   7:25 8:3
**offered**  8:20
**ongoing**  6:6
   7:14

**ooo**  1:3 4:3
**opportunity**
   6:11
**opposing**  7:18
   8:10
**orange**  1:12
   4:13
**order**  3:14 5:13
   5:18,21 7:6 9:9
   9:12
**outcome**  10:12

## p

**pa**  2:7
**pacific**  4:17
   6:15
**page**  3:2,13
**part**  8:23 9:8
**parties**  5:11
   10:10
**partners**  1:5
   4:6
**philadelphia**
   2:7
**place**  10:5
**plaintiff**  1:9 2:3
   4:10 5:3,22
**point**  9:15
**pre**  7:14 8:1
**prejudice**  8:25
**previous**  5:8
**previously**  6:8
**prior**  7:12
**proceedings**
   4:21 10:3,5

**professional**
  1:24
**provide**  8:20
**pst**  9:23
**put**  7:1

**q**

**qchuck**  2:17
**quincy**  2:13 7:8

**r**

**reach**  1:5,5 4:6
  4:6 6:11
**reaching**  6:5
**received**  7:25
**receiver**  1:4 4:5
  8:23 9:1,6
**receiver's**  7:20
  8:12
**record**  7:2,10
  9:7,18
**records**  7:17
  8:10
**regard**  9:5
**regarding**  5:12
  6:24
**registered**  1:24
**remedies**  9:1
**remembered**
  4:16
**remotely**  4:18
**rendering**  8:8
**repeatedly**  8:13
  8:15
**reported**  1:23
  6:6 10:4,6

**reporter**  1:24
  4:20 8:20 9:19
  10:6
**reporter's**  10:1
**represent**  5:3
**requested**  8:15
**require**  8:5
**reschedule**
  6:13
**rescheduled**
  5:22
**reserve**  7:3
  9:13
**responded**  6:24
**response**  5:10
  9:4
**resulting**  7:4
**revised**  3:15,16
  5:25 6:16,18
**right**  9:14
**rights**  7:4 8:25
**room**  8:2

**s**

**s**  1:9,13 4:10,14
  5:13
**scheduled**  5:5,7
  5:8 7:13
**sending**  8:2
**sent**  5:23
**september**  5:10
  7:5 9:9
**served**  6:17
**set**  7:22 10:13
**shorthand**  4:20
  10:6

**sides**  8:16
**signature**  10:16
**solely**  8:24
**source**  6:7
**specified**  9:6
**spectrum**  2:14
**splendor**  1:12
  4:13
**standard**  4:18
  6:14,15
**state**  7:10 10:7
**stated**  9:9
**statement**  1:15
  3:2,10 5:1 7:2
  7:7 9:2,4,22
**statements**  3:1
**states**  1:1 4:1
**stating**  5:14
  9:12
**stipulations**
  8:21
**street**  2:6
**submitted**  5:11
  7:17
**suite**  2:6,14
**surgery**  8:5

**t**

**talking**  8:6
**text**  3:14 5:13
  5:18,21 7:6,25
  8:3 9:9,12
**thank**  9:1,17
**thursday**  5:23
**time**  4:18 6:9
  6:11,14,15

8:13,18 10:4
**timely**  8:9
**times**  7:16
**today**  6:13,25
  7:5 8:15 9:5,7
  9:14
**today's**  6:23
**transcribed**
  9:20 10:8
**typewriting**
  10:8

**u**

**unable**  7:23
  8:14
**united**  1:1 4:1
**unnecessarily**
  8:16
**urbano**  1:23
  4:19 10:17

**v**

**v**  1:10 4:11
**vanessa**  2:5 5:2
**veritext**  4:19
**vhuber**  2:9
**virtual**  4:19
**voluminous**
  7:17
**voluntarily**
  8:23

**w**

**want**  7:20 9:19
**wanted**  7:10
**way**  10:11

[we've - zoom]                                                    Page 5

| |
|---|
| **we've**   5:7 |
| **week**   8:14 |
| **whereof**   10:13 |
| **wishes**   7:1 |
| **witness**   10:13 |
| **worsened**   8:2 |
| **z** |
| **zoom**   4:19 |

Federal Rules of Civil Procedure

Rule 30

(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.


Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

| | |
|---|---|
| **From:** | njdefiling@njd.uscourts.gov |
| **Sent:** | Thursday, September 21, 2023 4:30 PM |
| **To:** | njdefiling@njd.uscourts.gov |
| **Subject:** | Activity in Case 2:22-cv-00388-MCA-ESK KENT v. DENISE et al Order |

**[External Message]**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 9/21/2023 at 4:30 PM EDT and filed on 9/21/2023
| | |
|---|---|
| **Case Name:** | KENT v. DENISE et al |
| **Case Number:** | 2:22-cv-00388-MCA-ESK |
| **Filer:** | |
| **Document Number:** | 58(No document attached) |

**Docket Text:**
**TEXT ORDER: The Court has reviewed the parties' joint letter dated September 19, 2023. Defendant Jordan Denise shall be made available and appear for a deposition by November 20, 2023, and Denise will be granted no further extensions to appear. So Ordered by Magistrate Judge Edward S. Kiel on 9/21/2023. (bms)**


**2:22-cv-00388-MCA-ESK Notice has been electronically mailed to:**

DAVID W. FASSETT    fassett@af-lawfirm.com

ROBIN SCHLEIFER WEISS    rsweiss@clarkhill.com, ldoyle@clarkhill.com

VANESSA HUBER    vhuber@clarkhill.com

**2:22-cv-00388-MCA-ESK Notice has been sent by regular U.S. Mail:**



EXHIBIT
1

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KEVIN DOOLEY KENT, in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC, CV International Investments Limited and CV Investments LLC, | : : : Civil Action : : No. 2:22-cv-00388 : : : |
| Plaintiff, | : : |
| v. | : : |
| JORDAN DENISE a/k/a DENISE JORDAN, ENTERCORE, INC. and ORANGE SPLENDOR, INC., | : : : : |
| Defendants. | : : |

----------------------------------------------------

### PLAINTIFF'S REVISED NOTICE OF DEPOSITION OF
### <u>DEFENDANT JORDAN DENISE</u>

TO:  Jordan Denise                        Jordan Denise
     c/o David W. Fassett                 c/o David J. Williams & Quincy Chuck
     Areseneault & Fassett, LLC           Maschoff Brennan
     560 Main Street                      100 Spectrum Center Drive, Suite 1200
     Chatham, NJ 07928                    Irvine, CA 92618
     fassett@af-lawfirm.com               dwilliams@mabr.com
                                          qchuck@mabr.com

**PLEASE TAKE NOTICE** that on **Thursday, November 16, 2023 at 11:00 a.m. (EST),**

**8:00 a.m. (PST)** Plaintiff Kevin Dooley Kent, by and through counsel, will take the deposition of

Defendant Jordan Denise, whose address is 1443 High Bluff Drive, Newport Beach, CA 92660

upon oral examination pursuant to the Federal Rules of Civil Procedure and the Local Rules of the

United States District Court for the District of New Jersey.

EXHIBIT
2


EXHIBIT
2

The deposition will take place via Zoom and will be recorded by stenographic means by Veritext Legal Solutions. The deposition will continue from day to day until completed and shall be taken before an officer, notary public, or other person duly authorized to administer oaths.

Dated: October 24, 2023                    */s/ Robin S. Weiss*
                                           Robin S. Weiss, Esquire
                                           Vanessa L. Huber, Esquire
                                           CLARK HILL, PLC
                                           2001 Market Street, Suite 2620
                                           Philadelphia, PA 19103
                                           Telephone: (215) 640-8500
                                           Facsimile: (215) 640-8501
                                           rsweiss@clarkhill.com
                                           vhuber@clarkhill.com
                                           *Counsel for Plaintiff/Receiver*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT, in his capacity** : | |
| **As Receiver for Broad Reach Capital, LP,** : | |
| **Broad Reach Partners, LLC, Bristol** : | |
| **Advisors, LLC, Investment Consulting** : | **Civil Action** |
| **LLC and CV Investments LLC,** : | |
| : | **No. 2:22-cv-00388** |
| **Plaintiff** : | |
| : | **CERTIFICATE OF** |
| **v.** : | **SERVICE** |
| : | |
| **JORDAN DENISE a/k/a DENISE** : | |
| **JORDAN, ENTERCORE, INC. and** : | |
| **ORANGE SPLENDOR, INC.** : | |
| : | |
| **Defendants.** : | |

I hereby certify, this 24th day of October, 2023, that I caused to be served a true and correct copy of the foregoing upon Defendant, Jordan Denise, through counsel of record by electronic mail pursuant to Fed. R. Civ. P. 5(b)(F), as follows:

David W. Fassett
Areseneault & Fassett, LLC
560 Main Street
Chatham, NJ 07928
fassett@af-lawfirm.com

David J. Williams & Quincy Chuck
Maschoff Brennan
100 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
dwilliams@mabr.com
qchuck@mabr.com

_s/ Robin S. Weiss_____
Robin S. Weiss, Esq.
*Attorney for Receiver, Kevin Dooley
Kent, Esq.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

KEVIN DOOLEY KENT, in his           :
capacity as Receiver for Broad Reach :
Capital, LP, Broad Reach Partners,  :    Civil Action
LLC, Bristol Advisors, LLC,         :
Investment Consulting LLC, CV       :    No. 2:22-cv-00388
International Investments Limited    :
and CV Investments LLC,             :
                                    :
        Plaintiff,                  :
                                    :
        v.                          :
                                    :
JORDAN DENISE a/k/a DENISE          :
JORDAN, ENTERCORE, INC. and         :
ORANGE SPLENDOR, INC.,              :
                                    :
        Defendants.                 :
-------------------------------------------------

### PLAINTIFF'S REVISED NOTICE OF DEPOSITION OF
### DEFENDANT JORDAN DENISE

TO:  Jordan Denise                      Jordan Denise
     c/o David W. Fassett               c/o David J. Williams & Quincy Chuck
     Areseneault & Fassett, LLC         Maschoff Brennan
     560 Main Street                    100 Spectrum Center Drive, Suite 1200
     Chatham, NJ 07928                  Irvine, CA 92618
     fassett@af-lawfirm.com             dwilliams@mabr.com
                                        qchuck@mabr.com

**PLEASE TAKE NOTICE** that on **Friday, November 17, 2023 at 11:00 a.m. (EST),**

**8:00 a.m. (PST)** Plaintiff Kevin Dooley Kent, by and through counsel, will take the deposition of

Defendant Jordan Denise, whose address is 1443 High Bluff Drive, Newport Beach, CA 92660

upon oral examination pursuant to the Federal Rules of Civil Procedure and the Local Rules of the

United States District Court for the District of New Jersey.

EXHIBIT
3



EXHIBIT
3

The deposition will take place via Zoom and will be recorded by stenographic means by Veritext Legal Solutions. The deposition will continue from day to day until completed and shall be taken before an officer, notary public, or other person duly authorized to administer oaths.

Dated: November 15, 2023        */s/ Robin S. Weiss*

Robin S. Weiss, Esquire
Vanessa L. Huber, Esquire
CLARK HILL, PLC
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Telephone: (215) 640-8500
Facsimile: (215) 640-8501
rsweiss@clarkhill.com
vhuber@clarkhill.com
*Counsel for Plaintiff/Receiver*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **KEVIN DOOLEY KENT, in his capacity** : <br> **As Receiver for Broad Reach Capital, LP,** : <br> **Broad Reach Partners, LLC, Bristol** : <br> **Advisors, LLC, Investment Consulting** : <br> **LLC and CV Investments LLC,** : <br> : <br> **Plaintiff** : <br> : <br> **v.** : <br> : <br> **JORDAN DENISE a/k/a DENISE** : <br> **JORDAN, ENTERCORE, INC. and** : <br> **ORANGE SPLENDOR, INC.** : <br> : <br> **Defendants.** : | **Civil Action** <br><br> **No. 2:22-cv-00388** <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify, this 15th day of November, 2023, that I caused to be served a true and correct copy of the foregoing upon Defendant, Jordan Denise, through counsel of record by electronic mail pursuant to Fed. R. Civ. P. 5(b)(F), as follows:

David W. Fassett
Areseneault & Fassett, LLC
560 Main Street
Chatham, NJ 07928
fassett@af-lawfirm.com

David J. Williams & Quincy Chuck
Maschoff Brennan
100 Spectrum Center Drive, Suite 1200
Irvine, CA 92618
dwilliams@mabr.com
qchuck@mabr.com

*s/ Robin S. Weiss*
Robin S. Weiss, Esq.
*Attorney for Receiver, Kevin Dooley Kent, Esq.*