# EXHIBIT 10

SCHEDO

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CIVIL DOCKET FOR CASE #: 2:22-cv-00388-MCA-SDA

| | |
|---|---|
| KENT v. DENISE et al | Date Filed: 01/26/2022 |
| Assigned to: Judge Madeline Cox Arleo | Jury Demand: None |
| Referred to: Magistrate Judge Stacey D. Adams | Nature of Suit: 850 Securities/Commodities |
| Related Cases: 2:19-cv-17213-MCA-SDA | Jurisdiction: Federal Question |
|               2:21-cv-13099-MCA-LDW | |
|               2:21-cv-13104-ESK | |
|               2:21-cv-13105-MCA-SDA | |
|               2:21-cv-20754-MCA-SDA | |
|               2:21-cv-20691-MCA-SDA | |
|               2:21-cv-18396-MCA-SDA | |
|               2:22-cv-01195-MCA-SDA | |
|               2:22-cv-01811-ESK | |
|               2:22-cv-01876-MCA-ESK | |
|               2:22-cv-02845-MCA-ESK | |

Cause: 28:754 Receiver of Property in Different Districts

**Plaintiff**

**KEVIN DOOLEY KENT**
*in his capacity as Receiver for Broad Reach Capital, LP, Broad Reach Partners, LLC, Bristol Advisors, LLC, Investment Consulting LLC and CV Investments LLC*

represented by **ROBIN SCHLEIFER WEISS**
CLARK HILL PLC
TWO COMMERCE SQUARE
2001 MARKET STREET
SUITE 2620
PHILADELPHIA, PA 19103
215-864-8086
Email: rsweiss@clarkhill.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JORDAN DENISE**
*also known as*
DENISE JORDAN

represented by **JORDAN DENISE**
240 AMBROISE
NEWPORT COAST, CA 92657
(949) 332-9948
PRO SE

**DAVID W. FASSETT**
ARSENEAULT & FASSETT, LLP
560 MAIN STREET
CHATHAM, NJ 07928
(973) 635-3366
Fax: 973-635-0855
Email: fassett@af-lawfirm.com
*TERMINATED: 07/17/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ENTERCORE, INC.**
*c/o First Step, LLC*

**Defendant**

**ORANGE SPLENDOR, INC.**
*c/o First Step, LLC*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/26/2022 | 1 | COMPLAINT against ENTERCORE, INC., DENISE JORDAN, ORANGE SPLENDOR, INC. ( Filing and Admin fee $ 402 receipt number ANJDC-13140099), filed by KEVIN DOOLEY KENT. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B)(WEISS, ROBIN) (Entered: 01/26/2022) |
| 01/26/2022 | | Case Assigned to Judge Madeline Cox Arleo and Magistrate Judge Edward S. Kiel. (ak, ) (Entered: 01/28/2022) |
| 01/28/2022 | 2 | SUMMONS ISSUED as to JORDAN DENISE, ENTERCORE, INC., ORANGE SPLENDOR, INC. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (ams, ) (Entered: 01/28/2022) |
| 03/29/2022 | 3 | SUMMONS Returned Executed by KEVIN DOOLEY KENT. JORDAN DENISE served on 3/25/2022, answer due 4/18/2022. (WEISS, ROBIN) (Entered: 03/29/2022) |
| 03/29/2022 | 4 | SUMMONS Returned Executed by KEVIN DOOLEY KENT. ENTERCORE, INC. served on 3/25/2022, answer due 4/18/2022. (WEISS, ROBIN) (Entered: 03/29/2022) |
| 03/29/2022 | 5 | SUMMONS Returned Executed by KEVIN DOOLEY KENT. ORANGE SPLENDOR, INC. served on 3/25/2022, answer due 4/18/2022. (WEISS, ROBIN) (Entered: 03/29/2022) |
| 04/18/2022 | 6 | Letter from Plaintiff to the Court Regarding Extension of Time for Defendants to File an Answer to the Complaint. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 04/18/2022) |
| 04/19/2022 | 7 | ORDER granting defendants an extension of time to file an Answer to the Complaint; that the Answer is now due on May 18, 2022.. Signed by Magistrate Judge Edward S. Kiel on 4/19/2022. (ld, ) (Entered: 04/19/2022) |
| 05/24/2022 | 8 | ANSWER to Complaint by JORDAN DENISE. (Attachments: # 1 Cover Letter & Clerk's Letter)(ld, ) (Entered: 05/24/2022) |
| 05/26/2022 | 9 | LETTER ORDER: A telephonic initial scheduling conference shall be held on July 11, 2022 at 9:00 a.m. before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#. The parties shall file a proposed joint discovery plan no later than three business days before the scheduled initial conference. The Court's form joint discovery plan can be found here. Signed by Magistrate Judge Edward S. Kiel on 5/26/2022. (sms) (Entered: 05/26/2022) |
| 06/14/2022 | 10 | Mail Returned as Undeliverable. Mail sent to JORDAN DENISE (ld, ) (Entered: 06/14/2022) |
| 07/01/2022 | 11 | MOTION for Leave to Appear Pro Hac Vice *of Vanessa L. Huber* by KEVIN DOOLEY KENT. (Attachments: # 1 Certification of Robin S. Weiss, # 2 Certification of Vanessa L. Huber, # 3 Brief Statement in Lieu, # 4 Text of Proposed Order, # 5 Certificate of Service)(WEISS, ROBIN) (Entered: 07/01/2022) |
| 07/05/2022 | | Set Deadlines as to 11 MOTION for Leave to Appear Pro Hac Vice as to Vanessa L. Huber. Motion set for 8/1/2022 before Magistrate Judge Edward S. Kiel. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk's Office and does not supersede any previous or subsequent orders from the Court. (dam) (Entered: 07/05/2022) |
| 07/06/2022 | 12 | Joint Discovery Plan by KEVIN DOOLEY KENT. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 07/06/2022) |
| 07/08/2022 | 13 | ORDER granting 11 Motion for Leave to Appear Pro Hac Vice as to Vanessa L. Huber, Esq.. Signed by Magistrate Judge Edward S. Kiel on 7/8/2022. (ld, ) (Entered: 07/11/2022) |
| 07/11/2022 | | Minute Entry for proceedings held before Magistrate Judge Edward S. Kiel: R16 Scheduling Conference held on 7/11/2022. (sms) (Entered: 07/12/2022) |
| 07/13/2022 | 14 | SCHEDULING ORDER: Telephone Status Conference set for 10/25/2022 at 10:00 AM before Magistrate Judge Edward S. Kiel. Amended Pleadings due by 10/17/2022. Fact Discovery due by 2/1/2023. Joinder of Parties due by 10/17/2022.;etc. Signed by Magistrate Judge Edward S. Kiel on 7/13/2022. (ld, ) (Entered: 07/13/2022) |
| 07/13/2022 | | Pro Hac Vice fee received as to Vanessa L. Huber $ 150, receipt number TRE127545 (jal, ) (Entered: 07/13/2022) |
| 07/28/2022 | 15 | Mail Returned as Undeliverable. Mail sent to JORDAN DENISE (ld, ) (Entered: 07/29/2022) |
| 08/11/2022 | 16 | Mail Returned as Undeliverable. Mail sent to JORDAN DENISE (ld, ) (Entered: 08/12/2022) |
| 10/04/2022 | 17 | Notice of Request by Pro Hac Vice Vanessa L. Huber to receive Notices of Electronic Filings. (WEISS, ROBIN) (Entered: 10/04/2022) |
| 10/11/2022 | 18 | Request for Default by KEVIN DOOLEY KENT against Entercore, Inc. and Orange Splendor, Inc.. (Attachments: # 1 Declaration of Robin S. Weiss, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Text of Proposed Order, # 9 Certificate of Service)(WEISS, ROBIN) (Entered: 10/11/2022) |
| 10/12/2022 | | Clerk's ENTRY OF DEFAULT as to Entercore, Inc., and Orange Splendor, Inc. for failure to plead or otherwise defend. (sm) (Entered: 10/12/2022) |
| 10/19/2022 | 19 | Letter from Robin S. Weiss. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 10/19/2022) |
| 10/20/2022 | 20 | Letter from Robin Weiss re status. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 10/20/2022) |

| Date | No. | Description |
|---|---|---|
| 10/24/2022 | 21 | TEXT ORDER: Due to a scheduling conflict, the telephone status conference scheduled for October 25, 2022 is adjourned to November 1, 2022 at noon. The dial in number is 1-888-684-8852 and the access code is 310-0383#. So Ordered by Magistrate Judge Edward S. Kiel on 10/24/2022. (sms) (Entered: 10/24/2022) |
| 10/31/2022 | 22 | Mail Returned as Undeliverable. Mail sent to JORDAN DENISE (ld, ) (Entered: 10/31/2022) |
| 11/01/2022 | | Minute Entry for proceedings held before Magistrate Judge Edward S. Kiel: Telephone Status Conference held on 11/1/2022. (sms) (Entered: 11/01/2022) |
| 11/01/2022 | 23 | TEXT ORDER: Defendant Jordan Denise is ordered to respond to plaintiff's written discovery requests by December 15, 2022. A telephone conference is scheduled for February 27, 2023 at noon. The dial in number is 1-888-684-8852 and the access code is 310-0383#. Signed by Magistrate Judge Edward S. Kiel on 11/1/2022. (sms) (Entered: 11/01/2022) |
| 01/03/2023 | 24 | Letter from Receiver Requesting Leave to File Motion to Compel and for Sanctions re 23 Order,. (Attachments: # 1 Exhibit A, # 2 Certificate of Service)(WEISS, ROBIN) (Entered: 01/03/2023) |
| 01/04/2023 | 25 | LETTER ORDER granting request for leave to file a Motion to Compel Discovery under Rule 37(a)(3), and for Sanctions under Rule 37(b)(2)(A), (c)(1), and (d)(1)(A)(ii).. Signed by Magistrate Judge Edward S. Kiel on 1/4/2023. (ld, ) (Entered: 01/04/2023) |
| 01/17/2023 | 26 | First MOTION to Compel *Discovery and for Sanctions Against Defendant Jordan Denise* by KEVIN DOOLEY KENT. (Attachments: # 1 Statement Memorandum of Law, # 2 Exhibit A, # 3 Exhibit B Redacted, # 4 Exhibit C Redacted, # 5 Certification of Robin Weiss, # 6 Text of Proposed Order, # 7 Certificate of Service)(WEISS, ROBIN) (Entered: 01/17/2023) |
| 01/19/2023 | | Set Deadlines as to 26 First MOTION to Compel *Discovery and for Sanctions Against Defendant Jordan Denise*. Motion set for 2/21/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 01/19/2023) |
| 02/06/2023 | 27 | Mail Returned as Undeliverable. Mail sent to Defendant JORDAN DENISE (dam) (Entered: 02/06/2023) |
| 02/07/2023 | 28 | NOTICE of Change of Address by ROBIN SCHLEIFER WEISS (WEISS, ROBIN) (Entered: 02/07/2023) |
| 02/07/2023 | 30 | Mail Returned as Undeliverable. Mail sent to JORDAN DENISE (ld, ) (Entered: 02/09/2023) |
| 02/09/2023 | 29 | Letter from David W. Fassett, Esq. re 26 First MOTION to Compel *Discovery and for Sanctions Against Defendant Jordan Denise*. (FASSETT, DAVID) (Entered: 02/09/2023) |
| 02/11/2023 | 31 | LETTER ORDER adjourning the Motion Return Date, re Ecf No. 26, to 3/20/2023. Signed by Magistrate Judge Edward S. Kiel on 2/11/2023. (ld, ) (Entered: 02/14/2023) |
| 02/14/2023 | | Reset Deadlines as to 26 First MOTION to Compel *Discovery and for Sanctions Against Defendant Jordan Denise*. Motion reset for 3/20/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ld, ) (Entered: 02/14/2023) |
| 02/15/2023 | 32 | Letter from Receiver Regarding Case Management Deadlines. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 02/15/2023) |
| 02/21/2023 | 33 | TEXT ORDER: Plaintiff's request to hold all case management deadlines in abeyance (ECF No. 32 ) is GRANTED. The parties are reminded of the telephone status conference scheduled for February 27, 2023 at noon (ECF No. 23). So Ordered by Magistrate Judge Edward S. Kiel on 2/21/2023. (bms) (Entered: 02/21/2023) |
| 02/27/2023 | 34 | NOTICE of Appearance by DAVID W. FASSETT on behalf of JORDAN DENISE (FASSETT, DAVID) (Entered: 02/27/2023) |
| 02/27/2023 | | Minute Entry for proceedings held before Magistrate Judge Edward S. Kiel: Telephone Status Conference held on 2/27/2023. (sms) (Entered: 02/27/2023) |
| 02/27/2023 | 35 | TEXT ORDER: A telephone status conference is scheduled for March 22, 2023 at 9:45 a.m. before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#. The parties shall file a joint letter, at least three days before the conference, advising of the status of discovery and any other issues to be addressed. So Ordered by Magistrate Judge Edward S. Kiel on 2/27/2023. (sms) (Entered: 02/27/2023) |
| 03/03/2023 | 36 | Letter from David W. Fassett, Esq.. (FASSETT, DAVID) (Entered: 03/03/2023) |
| 03/06/2023 | 37 | LETTER ORDER granting request to carry the March 20, 2023 return date of plaintiff's pending motion to compel discovery and for sanctions for another two cycles to April 17, 2023. Signed by Magistrate Judge Edward S. Kiel on 3/6/2023. (ld, ) (Entered: 03/07/2023) |
| 03/07/2023 | | Reset Deadlines as to 26 First MOTION to Compel *Discovery and for Sanctions Against Defendant Jordan Denise*. Motion reset for 4/17/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ld, ) (Entered: 03/07/2023) |
| 03/08/2023 | 38 | TEXT ORDER: The telephone status conference previously scheduled for March 22, 2023 (ECF No. 35 ) is adjourned to April 18, 2023 at 10:30 a.m. So Ordered by Magistrate Judge Edward S. Kiel on 3/8/2023. (sms) (Entered: 03/08/2023) |

| | | |
|---|---|---|
| 03/31/2023 | 39 | Letter from David W. Fassett, Esq.. (FASSETT, DAVID) (Entered: 03/31/2023) |
| 04/03/2023 | 40 | LETTER ORDER adjourning the plaintiff's motion to compel discovery for another two cycles to May 15, 2023. Telephone Status Conference set for 4/18/2023 at 10:30 AM before Magistrate Judge Edward S. Kiel.. Signed by Magistrate Judge Edward S. Kiel on 4/3/2023. (ld, ) (Entered: 04/04/2023) |
| 04/04/2023 | | Reset Deadlines as to 26 First MOTION to Compel *Discovery and for Sanctions Against Defendant Jordan Denise*. Motion reset for 5/15/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (ld, ) (Entered: 04/04/2023) |
| 04/13/2023 | 41 | Letter from David W. Fassett, Esq.. (FASSETT, DAVID) (Entered: 04/13/2023) |
| 04/13/2023 | 42 | Proposed Order by JORDAN DENISE. (Attachments: # 1 Text of Proposed Order Granting Unopposed Motion to Admit David J. Williams and Quincy Chuck Pro Hac Vice, # 2 Certification of David J. Williams in Support of Pro Hac Vice, # 3 Certification of Quincy Chuck in Support of Pro Hac Vice, # 4 Certification of David W. Fassett in Support of Unopposed Motion to Admit David J. Williams and Quincy Chuck Pro Hac Vice)(FASSETT, DAVID) (Entered: 04/13/2023) |
| 04/13/2023 | 43 | TEXT ORDER: Defendant Jordan Denise's (Defendant) letter application to admit two applicants *pro hac vice* (ECF No. 42) is denied without prejudice. The applicants did not: (1) list the federal admissions featured on their firm website, and the years thereof, as well as the addresses of the officials or offices maintaining the rolls of the members of those federal bars or, in lieu thereof, certificates of good standing; and (2) include the correct *jurat*, *see* 28 U.S.C. § 1746. Please consult Local Civil Rule 101.1(c) and paragraph 5 of the Court's Civil Case Management Order. Defendant is granted leave to file separate renewed motions, *i.e.*, one motion per *pro hac vice* applicant and not a grouped motion. So Ordered by Magistrate Judge Edward S. Kiel on 4/13/2023. (bms) (Entered: 04/13/2023) |
| 04/18/2023 | 44 | ORDER: Telephone Status Conference set for 7/18/2023 at 11:30 AM before Magistrate Judge Edward S. Kiel. The parties shall confer and file a joint, proposed amended scheduling order by April 28 2023. The Clerk of the Court is directed to terminate the Motion at ECF No. 26.. Signed by Magistrate Judge Edward S. Kiel on 4/18/2023. (ld) (Entered: 04/18/2023) |
| 04/18/2023 | | Minute Entry for proceedings held before Magistrate Judge Edward S. Kiel: Telephone Status Conference held on 4/18/2023. (sms) (Entered: 04/18/2023) |
| 04/25/2023 | 45 | MOTION for Leave to Appear Pro Hac Vice by JORDAN DENISE. (Attachments: # 1 Certification of David J. Williams in Support of Pro Hac Vice Motion, # 2 Certification of David W. Fassett in Support of Unopposed Motion to Admit David J. Williams Pro Hac Vice, # 3 Text of Proposed Order Granting Unopposed Motion to Admit David J. Williams Pro Hac Vice)(FASSETT, DAVID) (Entered: 04/25/2023) |
| 04/25/2023 | 46 | MOTION for Leave to Appear Pro Hac Vice by JORDAN DENISE. (Attachments: # 1 Certification of Quincy Chuck in Support of Pro Hac Vice Motion, # 2 Certification of David W. Fassett in Support of Unopposed Motion to Admit Quincy Chuck Pro Hac Vice, # 3 Text of Proposed Order Granting Unopposed Motion to Admit Quincy Chuck Pro Hac Vice)(FASSETT, DAVID) (Entered: 04/25/2023) |
| 04/25/2023 | 47 | Letter from Parties Proposing Amended Scheduling Order. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 04/25/2023) |
| 04/25/2023 | | Set Deadlines as to 45 MOTION for Leave to Appear Pro Hac Vice , 46 MOTION for Leave to Appear Pro Hac Vice . Motion set for 6/5/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 04/25/2023) |
| 04/26/2023 | 48 | ORDER granting 45 Motion for Leave to Appear Pro Hac Vice as to David J. Williams, Esq.. Signed by Magistrate Judge Edward S. Kiel on 4/26/2023. (ld, ) (Entered: 04/26/2023) |
| 04/26/2023 | 49 | ORDER granting 46 Motion for Leave to Appear Pro Hac Vice as to Quincy Chuck, Esq.. Signed by Magistrate Judge Edward S. Kiel on 4/26/2023. (ld, ) (Entered: 04/26/2023) |
| 04/26/2023 | 50 | LETTER ORDER: Fact Discovery due by 8/18/2023. Affirmative Expert Reports: October 17, 2023. Responsive Expert Reports: November 16, 2023. Expert Depositions: January 5, 2024. Signed by Magistrate Judge Edward S. Kiel on 4/26/2023. (ld) (Entered: 04/26/2023) |
| 07/11/2023 | 51 | Proposed Order *Proposed Discovery Confidentiality Order* by KEVIN DOOLEY KENT. (Attachments: # 1 Supplement Redline Comparison to Appendix S, # 2 Certificate of Service)(WEISS, ROBIN) (Entered: 07/11/2023) |
| 07/11/2023 | 52 | Stipulated Discovery Confidentiality Order. Signed by Magistrate Judge Edward S. Kiel on 7/11/2023. (ld, ) (Entered: 07/11/2023) |
| 07/13/2023 | 53 | Letter from Parties Regarding Status. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 07/13/2023) |
| 07/18/2023 | 54 | ORDER granting 53 request for a 60-day extension of the current scheduling order deadlines. Fact Discovery due by 10/17/2023. Affirmative Expert Reports: December 17, 2023. Responsive Expert Reports: January 15, 2024. Expert Depositions: March 5, 2024. Signed by Magistrate Judge Edward S. Kiel on 7/18/2023. (ld, ) (Entered: 07/18/2023) |
| 07/18/2023 | | Minute Entry for proceedings held before Magistrate Judge Edward S. Kiel: Telephone Status Conference held on 7/18/2023. (sms) (Entered: 07/18/2023) |
| 07/18/2023 | 55 | TEXT ORDER: A telephone status conference is scheduled for November 20, 2023 at 10:30 a.m. before Magistrate Judge Edward S. Kiel. The dial in number is 1-888-684-8852 and the access code is 310-0383#. The parties shall file a joint letter, |

| | | |
|---|---|---|
| | | at least three days before the conference, advising of the status of discovery and any other issues to be addressed. So Ordered by Magistrate Judge Edward S. Kiel on 7/18/2023. (sms) (Entered: 07/18/2023) |
| 09/19/2023 | 56 | Letter from Parties Regarding Discovery Dispute Relating to Jordan Denise Deposition. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Certificate of Service)(WEISS, ROBIN) <br><br> NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 09/19/2023) |
| 09/20/2023 | 57 | MOTION to Seal Document 56 Letter,,, *Letter from Parties Regarding Discovery Dispute Relating to Jordan Denise Deposition* by KEVIN DOOLEY KENT. (Attachments: # 1 Brief, # 2 Declaration of Robin S. Weiss, # 3 Text of Proposed Order, # 4 Certificate of Service)(WEISS, ROBIN) (Entered: 09/20/2023) |
| 09/21/2023 | 58 | TEXT ORDER: The Court has reviewed the parties' joint letter dated September 19, 2023. Defendant Jordan Denise shall be made available and appear for a deposition by November 20, 2023, and Denise will be granted no further extensions to appear. So Ordered by Magistrate Judge Edward S. Kiel on 9/21/2023. (bms) (Entered: 09/21/2023) |
| 09/22/2023 | | Set Deadlines as to 57 MOTION to Seal Document 56 Letter,,, *Letter from Parties Regarding Discovery Dispute Relating to Jordan Denise Deposition*. Motion set for 10/16/2023 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 09/22/2023) |
| 09/28/2023 | 59 | Amended MOTION to Seal Document 56 Letter,,, *to court re discovery dispute (ECF 56)* by KEVIN DOOLEY KENT. (Attachments: # 1 Brief Memorandum of Law ISO Revised Motion, # 2 Declaration, # 3 Text of Proposed Order, # 4 Certificate of Service)(WEISS, ROBIN) (Entered: 09/28/2023) |
| 09/28/2023 | 60 | Letter from Redacted Joint Letter Regarding Discovery Dispute. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Certificate of Service)(WEISS, ROBIN) (Entered: 09/28/2023) |
| 09/28/2023 | 61 | ORDER administratively terminating 57 Motion to Seal Document 57 MOTION to Seal Document 56 Letter,,, *Letter from Parties Regarding Discovery Dispute Relating to Jordan Denise Deposition*, 59 Amended MOTION to Seal Document 56 Letter,,, *to court re discovery dispute (ECF 56)* ; granting 59 Motion to Seal Document 57 MOTION to Seal Document 56 Letter,,, *Letter from Parties Regarding Discovery Dispute Relating to Jordan Denise Deposition*, 59 Amended MOTION to Seal Document 56 Letter,,, *to court re discovery dispute (ECF 56)*. Signed by Magistrate Judge Edward S. Kiel on 9/28/2023. (ld, ) (Entered: 09/29/2023) |
| 11/17/2023 | 62 | STATUS REPORT by JORDAN DENISE. (FASSETT, DAVID) (Entered: 11/17/2023) |
| 11/20/2023 | 63 | ORDER that Plaintiff is granted leave to file a motion for sanctions by December 8, 2023 for defendant Jordan Denise's failure to appear for a deposition. Telephone Hearing on the Motion set for 1/23/2024 at 11:45 AM before Magistrate Judge Edward S. Kiel.. Signed by Magistrate Judge Edward S. Kiel on 11/20/2023. (ld, ) (Entered: 11/21/2023) |
| 11/20/2023 | | Minute Entry for proceedings held before Magistrate Judge Edward S. Kiel: Telephone Status Conference held on 11/20/2023. (sms) (Entered: 11/23/2023) |
| 12/06/2023 | 64 | MOTION for Sanctions by KEVIN DOOLEY KENT. (Attachments: # 1 Memorandum, # 2 Certification, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Text of Proposed Order, # 10 Certificate of Service)(WEISS, ROBIN) (Entered: 12/06/2023) |
| 12/07/2023 | | Set Deadlines as to 64 MOTION for Sanctions . Motion set for 1/2/2024 before Judge Madeline Cox Arleo. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 12/07/2023) |
| 12/07/2023 | | Reset Deadlines as to 64 MOTION for Sanctions . Motion set for 1/23/2024 before Magistrate Judge Edward S. Kiel. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 12/07/2023) |
| 12/21/2023 | 65 | TEXT ORDER REASSIGNING CASE. Related case reassigned to Judge Michael E. Farbiarz for all further proceedings. Judge Madeline Cox Arleo no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 12/21/23. (ak, ) (Entered: 12/21/2023) |
| 12/28/2023 | 67 | Transcript of Telephone Status Conference held on November 20, 2023, before Magistrate Judge Edward S. Kiel. Transcriber: King Transcription Services (973-237-6080). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Transcription Agency due, but not filed, by 1/18/2024. Redacted Transcript Deadline set for 1/29/2024. Release of Transcript Restriction set for 3/27/2024. (adc) (Entered: 12/29/2023) |
| 12/29/2023 | 66 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Jamel K. Semper for all further proceedings. Judge Michael E. Farbiarz no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 12/29/2023. (smf) |

| Date | # | Description |
|---|---|---|
| | | (Entered: 12/29/2023) |
| 01/09/2024 | 68 | BRIEF in Opposition filed by JORDAN DENISE re 64 MOTION for Sanctions (Attachments: # 1 Declaration of Quincy J. Chuck, # 2 Declaration of Eva Farrelly, MD, # 3 Declaration of Jordan Denise, # 4 Certificate of Service)(FASSETT, DAVID) (Entered: 01/09/2024) |
| 01/09/2024 | 69 | BRIEF in Opposition filed by JORDAN DENISE re 64 MOTION for Sanctions (Attachments: # 1 Declaration of Quincy J. Chuck, # 2 Declaration of Eva Farrelly, MD, # 3 Declaration of Jordan Denise)(FASSETT, DAVID)<br><br>NOTICE TO COUNSEL: Counsel is advised that pursuant to Local Civil Rule 5.3(c)(2), a single, consolidated motion to seal shall be filed within 14 days following the completed briefing of the materials sought to be sealed, or within 14 days following the date on which the last of such materials was filed under temporary seal if the motion is resolved, unless otherwise directed by the Court. (Entered: 01/09/2024) |
| 01/09/2024 | 70 | MOTION to Seal Document 69 Brief in Opposition to Motion,, by JORDAN DENISE. (Attachments: # 1 Declaration of Quincy J. Chuck in Support of Unopposed Motion to Seal Defendant Jordan Denise's Opposition Papers to Plaintiff's Motion for Sanctions, # 2 Text of Proposed Order)(FASSETT, DAVID) (Entered: 01/09/2024) |
| 01/10/2024 | | Set Deadlines as to 70 MOTION to Seal Document 69 Brief in Opposition to Motion,, . Motion set for 2/5/2024 before Judge Jamel K. Semper. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (sm) (Entered: 01/10/2024) |
| 01/10/2024 | 71 | Letter from David W. Fassett, Esq. re 70 MOTION to Seal Document 69 Brief in Opposition to Motion,, . (Attachments: # 1 Text of Proposed Order)(FASSETT, DAVID) (Entered: 01/10/2024) |
| 01/10/2024 | 72 | ORDER granting 70 Motion to Seal Document 70 MOTION to Seal Document 69 Brief in Opposition to Motion . Signed by Magistrate Judge Edward S. Kiel on 1/10/2024. (ld, ) (Entered: 01/10/2024) |
| 01/16/2024 | 73 | BRIEF in Support filed by KEVIN DOOLEY KENT re 64 MOTION for Sanctions *against Defendant Jordan Denise* (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 01/16/2024) |
| 01/23/2024 | 74 | Minute Entry for proceedings held before Magistrate Judge Edward S. Kiel: Motion Hearing held on 1/23/2024 re 64 MOTION for Sanctions filed by KEVIN DOOLEY KENT. (nic, ) (Entered: 01/23/2024) |
| 01/23/2024 | 75 | ORDER: All affirmative expert reports shall be served by March 29, 2024. All responsive expert reports shall be served by May 17, 2024. Telephone Status Conference set for 5/20/2024 at 11:00 AM before Magistrate Judge Edward S. Kiel. Motions administratively terminated: 64 MOTION for Sanctions . Signed by Magistrate Judge Edward S. Kiel on 1/23/2024. (ld, ) (Entered: 01/24/2024) |
| 01/24/2024 | 76 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Madeline Cox Arleo for all further proceedings. Judge Jamel K. Semper no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 1/24/2024. (smf) (Entered: 01/24/2024) |
| 02/07/2024 | 77 | Transcript of Motion Hearing held on January 23, 2024, before Magistrate Judge Edward S. Kiel. Transcriber: King Transcription Services (973-237-6080). **NOTICE REGARDING (1) REDACTION OF PERSONAL IDENTIFIERS IN TRANSCRIPTS AND (2) MOTION TO REDACT AND SEAL:** The parties have seven (7) calendar days to file with the Court a Notice of Intent to Request Redaction of this Transcript to comply with Fed.R.Civ.P.5.2(a) (personal identifiers). Parties seeking to redact and seal this Transcript, or portions thereof, pursuant to L.Civ.R. 5.3(g) must e-file a Motion to Redact and Seal utilizing the event `Redact and Seal Transcript/Digital Recording`. Redaction Request to Transcription Agency due, but not filed, by 2/28/2024. Redacted Transcript Deadline set for 3/11/2024. Release of Transcript Restriction set for 5/7/2024. (adc) (Entered: 02/09/2024) |
| 02/09/2024 | 78 | TEXT ORDER REASSIGNING CASE. Case reassigned to Judge Julien Xavier Neals for all further proceedings. Judge Madeline Cox Arleo no longer assigned to case. So Ordered by Chief Judge Renee Marie Bumb on 2/9/24. (aw, ) (Entered: 02/12/2024) |
| 02/13/2024 | | Notice of Judicial Preferences. Click here for the Judge's Individual Procedure Requirements. (kd) (Entered: 02/13/2024) |
| 04/01/2024 | 79 | Case Reassigned to Magistrate Judge Leda D. Wettre. Magistrate Judge E. S. Kiel no longer assigned to the case. (smf, ) (Entered: 04/01/2024) |
| 04/02/2024 | 80 | TEXT ORDER: A telephone conference is set for May 28, 2024 at 2:30 p.m. before Magistrate Judge Leda D. Wettre. Dial-in information for the conference is (888) 684-8852, access code 8948139. So Ordered by Magistrate Judge Leda D. Wettre on 4/2/24. (LM, ) (Entered: 04/02/2024) |
| 05/14/2024 | 81 | Letter from David W. Fassett, Esq.. (FASSETT, DAVID) (Entered: 05/14/2024) |
| 05/21/2024 | 82 | TEXT ORDER: The Court is in receipt of counsel's application to withdraw (ECF No. 81 ). Counsel is directed to join the telephone conference set for May 28, 2024 at 2:30 p.m. before the undersigned with their client, at which time the Court will consider their request. So Ordered by Magistrate Judge Leda D. Wettre on 5/21/24. (LM, ) (Entered: 05/21/2024) |
| 05/28/2024 | | Minute Entry for proceedings held before Magistrate Judge Leda D. Wettre: Status Conference held on 5/28/2024. (ECR/ATT) (LM, ) (Entered: 05/31/2024) |
| 05/29/2024 | 83 | ORDER that the application to withdraw as counsel for defendant is granted; that withdrawing counsel shall serve copies of this Order on defendant Jordan Denise by overnight and regular mail within three (3) business days. Counsel's withdrawal is not effective until service is complete and proof of service is filed on the Court's docket; that withdrawing counsel shall provide the Court with the mailing address, telephone number, and email address for defendant Jordan Denise. Counsel's |

| | | |
|---|---|---|
| | | withdrawal is not effective until such contact information is provided; that the Clerk of Court shall note defendant Jordan Denise's appearance pro se on the docket. Signed by Magistrate Judge Leda D. Wettre on 5/29/2024. (ld, ) (Entered: 05/29/2024) |
| 05/31/2024 | 84 | Certification of of Counsel Confirming Service of Order Filed May 29, 2024 [DE 83] on behalf of JORDAN DENISE Re 83 Order,,. (FASSETT, DAVID) (Entered: 05/31/2024) |
| 06/03/2024 | 85 | TEXT ORDER: A telephone conference is set for July 25, 2024 at 4:30 p.m. before Magistrate Judge Leda D. Wettre. Dial-in information for the conference is (888) 684-8852, access code 8948139. So Ordered by Magistrate Judge Leda D. Wettre on 6/3/24. (LM, ) (Entered: 06/03/2024) |
| 06/11/2024 | 86 | Letter from Robin Weiss re Case Status. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 06/11/2024) |
| 07/03/2024 | | Case Reassigned to Magistrate Judge Stacey D. Adams. Magistrate Judge Leda D. Wettre no longer assigned to the case. (smf, ) (Entered: 07/03/2024) |
| 07/17/2024 | 87 | TEXT ORDER: This matter was recently reassigned to Magistrate Judge Stacey D. Adams. The telephone conference scheduled for 07/25/24 is rescheduled for 07/26/24 at 10:00 a.m. via video conference before Magistrate Judge Adams. Microsoft Teams login credentials shall be provided. By 07/23/24, the parties shall file a joint letter, no more than 3 pages in length: (1) providing a brief factual summary of the case, including the claims and defenses; (2) advising the Court of the status of discovery; (3) identifying any pending motions; and (4) informing the Court whether the parties seek a settlement conference. (Status Conference set for 7/26/2024 at 10:00 AM in Video Conference before Magistrate Judge Stacey D. Adams.) So Ordered by Magistrate Judge Stacey D. Adams on 7/17/2024. (smf) (Entered: 07/17/2024) |
| 07/23/2024 | 88 | Letter from Joint Letter. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 07/23/2024) |
| 07/26/2024 | | Minute Entry for proceedings held before Magistrate Judge Stacey D. Adams: Status Conference held on 7/26/2024. (Court Reporter, Teams) (smf) (Entered: 07/26/2024) |
| 07/26/2024 | 89 | TEXT ORDER: The parties shall appear for a settlement conference before Magistrate Judge Stacey Adams on September 12, 2024 at 12:00 p.m. EST via video conference. Microsoft Teams login credentials will be provided by the Court. Trial counsel as well as parties/persons with full settlement authority must attend the settlement conference. Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five business days in advance of the settlement conference. (Settlement Conference set for 9/12/2024 at 12:00 PM in Video Conference before Magistrate Judge Stacey D. Adams.) So Ordered by Magistrate Judge Stacey D. Adams on 7/26/2024. (smf) (Entered: 07/26/2024) |
| 07/26/2024 | 90 | TEXT ORDER: With the consent of both parties, the Clerk's Office is ordered to SEAL the document filed at ECF No. 88 as it contains confidential medical information. So Ordered by Magistrate Judge Stacey D. Adams on 7/26/2024. (smf) (Entered: 07/26/2024) |
| 07/26/2024 | 91 | TEXT ORDER: Docket No. 8 9 is corrected as to the date of the settlement conference. The parties shall appear for a settlement conference before Magistrate Judge Stacey Adams on **September 24, 2024 at 12:00 p.m.** EST via video conference. Microsoft Teams login credentials will be provided by the Court. Trial counsel as well as parties/persons with full settlement authority must attend the settlement conference. Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five business days in advance of the settlement conference. (Settlement Conference set for 9/24/2024 at 12:00 PM in Video Conference before Magistrate Judge Stacey D. Adams.) So Ordered by Magistrate Judge Stacey D. Adams on 7/26/2024. (smf) (Entered: 07/26/2024) |
| 09/03/2024 | 92 | TEXT ORDER: Due to a scheduling conflict, the in-person settlement conference currently scheduled for 09/24/24 is hereby rescheduled for October 10, 2024 at 1:30 p.m. IN PERSON at the Frank R. Lautenberg Post Office and U.S. Courthouse, 2 Federal Square, Courtroom 9, Newark, NJ 07102. Trial counsel as well as parties/persons with full settlement authority must attend the settlement conference. Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five business days in advance of the settlement conference. (Settlement Conference set for 10/10/2024 at 01:30 PM in Newark - PO Courtroom 9 before Magistrate Judge Stacey D. Adams.) So Ordered by Magistrate Judge Stacey D. Adams on 9/3/2024. (smf) (Entered: 09/03/2024) |
| 09/09/2024 | 93 | TEXT ORDER: ECF No. 92 rescheduling the settlement conference for October 10, 2024 at 1:30 p.m. is corrected to provide that the settlement conference shall proceed via video conference. Microsoft Teams login credentials will be provided So Ordered by Magistrate Judge Stacey D. Adams on 9/9/2024. (smf) (Entered: 09/09/2024) |
| 10/08/2024 | 94 | TEXT ORDER: The settlement conference scheduled for October 10, 2024 is hereby rescheduled for December 4, 2024 at 11:00 a.m. EST via video conference. Microsoft Teams login credentials will be provided. Trial counsel as well as parties/persons with full settlement authority must attend the settlement conference. Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five (5) business days in advance of the settlement conference. (Settlement Conference set for 12/4/2024 at 11:00 AM in Video Conference before |

| | | |
|---|---|---|
| | | Magistrate Judge Stacey D. Adams.) So Ordered by Magistrate Judge Stacey D. Adams on 10/8/2024. (smf) (Entered: 10/08/2024) |
| 10/22/2024 | 95 | Mail Returned as Undeliverable. Mail sent to JORDAN DENISE (ld, ) (Entered: 10/24/2024) |
| 12/10/2024 | 96 | TEXT ORDER: The settlement conference previously scheduled for December 4, 2024 is hereby rescheduled to January 29, 2025 at 1:30 p.m. EST. Microsoft Teams login credentials will be provided. Trial counsel as well as parties/persons with full settlement authority must attend the settlement conference. Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five (5) business days in advance of the settlement conference. So Ordered by Magistrate Judge Stacey D. Adams on 12/10/2024. (smf) (Entered: 12/10/2024) |
| 01/27/2025 | 98 | Letter request for an extension of the settlement hearing scheduled for January 29, 2025 from JORDAN DENISE. (ld) (Received via ADS) (Entered: 01/28/2025) |
| 01/28/2025 | 97 | TEXT ORDER: The Court is in receipt of Defendant's letter dated 01/27/25 requesting an adjournment of the 01/29/26 settlement conference due to a personal family emergency. The request is GRANTED. The settlement conference is rescheduled for February 18, 2025 at 1:30 p.m. EST. As per the previous Order of the Court, the settlement conference shall be conducted virtually. Microsoft teams login credentials will be provided. Each party shall submit, by email to SDA_orders@njd.uscourts.gov, a confidential settlement memorandum of no more than ten double spaced pages no later than five business days before the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than five (5) business days in advance of the settlement conference. So Ordered by Magistrate Judge Stacey D. Adams on 01/28/25. (sda) (Entered: 01/28/2025) |
| 02/18/2025 | 99 | ORDER that Defendant shall submit a doctor's note to the Court to substantiate her claim that she was in the hospital as of 2:00 p.m. EST on February 18, 2025. The note need not contain specific details about Defendant's medical condition. Plaintiff shall file a dispositive motion and/or motion for default by April 18, 2025. Settlement Conference rescheduled for 3/5/2025 at 01:30 PM IN PERSON in Newark - PO Courtroom 9, Newark, NJ 07102 before Magistrate Judge Stacey D. Adams. Signed by Magistrate Judge Stacey D. Adams on 2/18/2025. (ld). (Entered: 02/19/2025) |
| 02/19/2025 | | Minute Entry for proceedings held before Magistrate Judge Stacey D. Adams: Settlement Conference held on 2/19/2025. Pro Se Deft. left virtual hearing. Order to be filed. (Court Reporter, ECR-TEAMS) (spc) (Entered: 02/19/2025) |
| 03/03/2025 | 100 | TEXT ORDER-- Paragraph 1 of the Court's Order dated 2/18/2025, ECF No. 99 is hereby amended to reflect that the Settlement Conference on 3/5/2025 shall take place virtually. Microsoft teams credentials to be provided. So Ordered by Magistrate Judge Stacey D. Adams on 03/3/2025. (JB) (Entered: 03/03/2025) |
| 03/05/2025 | | Minute Entry for proceedings held before Magistrate Judge Stacey D. Adams: Scheduling Conference held on 3/5/2025. Order to be filed. (spc) (Entered: 03/05/2025) |
| 03/06/2025 | 101 | LETTER ORDER: By March 10, 2025, Plaintiff shall provide Defendant with a list of financial documents needed to make an informed settlement decision. Defendant will provide responses, which shall be subject to the Discovery Confidentiality Order, by March 31, 2025. Dispositive Motions due by 6/18/2025. Status Conference via video conference set for 6/9/2025 at 03:00 PM EST. before Magistrate Judge Stacey D. Adams. Microsoft teams login credentials will be provided. Signed by Magistrate Judge Stacey D. Adams on 3/6/2025. (ld) (Entered: 03/07/2025) |
| 04/29/2025 | 102 | Letter from Receiver to Chief Judge Requesting Reassignment Back to Judge Arleo. (Attachments: # 1 Certificate of Service)(WEISS, ROBIN) (Entered: 04/29/2025) |
| 05/19/2025 | 103 | Letter from JORDAN DENISE to Chief Judge Bumb re Objection and Opposition to 102 Letter. (Received via ADS) (adc, ) (Entered: 05/20/2025) |
| 05/30/2025 | | Case Reassigned to Judge Madeline Cox Arleo. Judge Julien Xavier Neals no longer assigned to the case. (mfr) (Entered: 06/03/2025) |
| 06/03/2025 | 104 | ORDER directing the Clerk of Court to REASSIGN this case to Judge Madeline Cox Arleo. Signed by Chief Judge Renee Marie Bumb on 5/30/2025. (adc, ) (Entered: 06/03/2025) |
| 06/09/2025 | | Minute Entry for proceedings held before Magistrate Judge Stacey D. Adams: Status Conference held on 6/9/2025. Order to be filed. (JB) (Entered: 06/09/2025) |
| 06/11/2025 | 105 | TEXT ORDER-- The deadline for the filing of dispositive motions is extended until July 31, 2025 to allow the parties additional time to pursue settlement.. So Ordered by Magistrate Judge Stacey D. Adams on 6/11/2025. (JB) (Entered: 06/11/2025) |